UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA NAVARRO-CARILLO, *as Parent and Natural Guardian of M.G.*, and MARIA NAVARRO-CARILLO *individually*,

                Plaintiffs,

-against-

DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**23-cv-4773 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 17, 2023, Plaintiff's counsel asked to appear at the scheduled conference remotely. Dkt. No. 17. The Court has an AT&T Audio Conference line available. The number is (888) 363-4734. The access code is 9711213.

SO ORDERED.

DATED:    New York, New York
              July 17, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge