UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA NAVARRO-CARILLO, *as Parent and Natural Guardian of M.G.*, and MARIA NAVARRO-CARILLO *individually*,

       Plaintiffs,

  -against-

DAVID C. BANKS, *in his official capacity as Chancellor of the New York City Department of Education*, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

       Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-4773 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 17, 2023, the parties appeared for a conference. Plaintiff's counsel withdrew the request to show cause for emergency relief at Dkt. No. 7, without prejudice and with leave to re-file.

Separately, at the conference the proposed case management plan at Dkt. No. 15 was accepted.

  SO ORDERED.

DATED: New York, New York
     July 17, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge