**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARIA NAVARRO-CARILLO, Individually
and as Parent and Natural Guardian of M.G.,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**23-CV-4773 (LTS) (JW)**</td></tr>
<tr><td>DAVID C. BANKS, et al.</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      All discovery in this matter closed on January 5, 2024. The Court has not received any communications from the Parties in the five months since discovery has closed.  The Parties are ordered to file a joint status letter by **July 3, 2024**.  The joint letter shall inform the Court of whether either party intends to file for summary judgment.  If the Parties do intend to file summary judgment, a briefing schedule should be included in the joint letter.

      SO ORDERED.

DATED:    New York, New York
          June 26, 2024

                                 *Jennifer E. Willis*
                                 JENNIFER E. WILLIS
                                 United States Magistrate Judge