UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Maria Navarro-Carillo, Individually and as
Parent and Natural Guardian of M.G.,
        Plaintiffs,
  -v-                                              No.  23 CV 4773-LTS-JHR
David C. Banksin his official capacity as
Chancellor of the New York City
Department of Education and New York
City Department of Education,
        Defendant.
-------------------------------------------------------x

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for March 14, 2025, is rescheduled to **June 27, 2025, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       February 26, 2025

                                                           /s/ *Laura Taylor Swain*
                                                           LAURA TAYLOR SWAIN
                                                           Chief United States District Judge