UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Maria Navarro-Carillo, Individually and as
Parent and Natural Guardian of M.G.,
        Plaintiffs,
  -v-                                                      No. 23 CV 4773-LTS-JHR
David C. Banksin his official capacity as
Chancellor of the New York City
Department of Education and New York
City Department of Education,
        Defendant.
-------------------------------------------------------x

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for June 27, 2025, is rescheduled to **October 3, 2025, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       June 18, 2025

                                                        /s/ *Laura Taylor Swain*
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge